1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  Frederick L. Busch,                    )    Case No. 5:17-cv-01278-TJH-RAO
                                           )
12              Plaintiff,                 )    ORDER DISMISSING DEFENDANT
                                           )    WITH PREJUDICE PURSUANT TO
13       Vs.                               )    SETTLEMENT AGREEMENT WITH
                                           )    PLAINTIFF AND DISMISSING ENTIRE
14  BMW of North America, LLC; and)            CASE
    DOES 1 through 10, Inclusive;          )
15                                         )          JS-6
                Defendants.                )
16                                         )
                                           )
17  _____)

18       Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the

19  Stipulation between the parties, IT IS ORDERED THAT defendant BMW of North

20  America, LLC is dismissed with prejudice, pursuant to the settlement agreement

21  entered into by the parties.  Each side to bear his/her/its own costs and fees. There

22  being no other defendants remaining in the case, the case is dismissed.

23       **IT IS SO ORDERED**.

24

25  DATED: August 20, 2018

26                                              Terry J. Hatter, Jr.
                                                United States District Judge

27

28